UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br> v.<br><br>Monica C. Simpson a/k/a Monica Thurston and Mortgage Electronic Registration Systems, Inc., as nominee for Homecomings Financial Network, Inc.,<br>    Defendants. | **MOTION TO SERVE BY PUBLICATION**<br>**1:12-CV-24248-MARTINEZ-MCALILEY** |

**PLAINTIFF'S MOTION FOR SERVICE BY PUBLICATION**

Plaintiff, the United States of America, by and through the undersigned Special Assistant United States Attorney for the Southern District of Florida, moves the Court to issue an Order for Service by Publication upon defendant Monica Simpson a/k/a Monica Thurston pursuant to 28 U.S.C. § 1655, and that if such defendant fail to answer or otherwise plead, to direct the Clerk to enter a default against her pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. In support of this motion, plaintiff submits the accompanying declaration.

This is an action to recover a debt which defendant Simpson owes the United States Small Business Administration, and to

foreclose on real property in Miami-Dade County which served as collateral for that debt.

Plaintiff has been unable to serve defendant within the State of Florida despite diligent efforts to do so. Accordingly, this is "an action in a district court to...remove any incumbrance or lien or cloud upon the title to real...property within the district, where any defendant cannot be served within the State..." in which this Court "may order the absent defendant to appear or plead by a day certain," and where, as here "personal service is not practicable, the order shall be published as the court may direct, not less than once a week for six consecutive weeks." 28 U.S.C. § 1655.

Moreover, "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Rule 55(a), Federal Rules of Civil Procedure.

WHEREFORE, the United States of America moves that this Court enter an Order for Service by Publication in the instant case, in order that service may be affected upon defendants.

The United States further moves that in the event that the defendants fail to answer or otherwise defend within the time

prescribed by the Court, the clerk be instructed to enter the defendant's default.

        Respectfully submitted,

        WILFREDO A. FERRER
        UNITED STATES ATTORNEY


        \_\_\_/s/ T.C. Treanor_____
        Timothy Treanor
        Small Business Administration
        Special Assistant United States Attorney
        Southern District of Florida
        409 3rd Street, SW
        Washington, DC 20416
        Telephone: 202.619.1029
        Facsimile: 202.481.5875
        E-Mail: Timothy.Treanor@sba.gov
        Court ID A550115

March 12, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br> v.<br><br>Monica C. Simpson a/k/a Monica Thurston and Mortgage Electronic Registration Systems, Inc., as nominee for Homecomings Financial Network, Inc.,<br>    Defendants. | **MOTION TO SERVE BY PUBLICATION**<br>**1:12-CV-24248-MARTINEZ-MCALILEY** |

### CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2013 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

WILFREDO A. FERRER
UNITED STATES ATTORNEY


___/s/T.C. Treanor_____
Timothy Treanor
Small Business Administration
Special Assistant United States Attorney
Southern District of Florida
409 3rd Street, SW
Washington, DC 20416
Telephone: 202.619.1029
Facsimile: 202.481.5875
E-Mail: Timothy.Treanor@sba.gov
Court ID A550115

July 9, 2011

4